## MIDCO PETROLEUM CO. v. EASLEY.

No. 12083—Opinion Filed March 13. 1923.

### (Syllabus.)

#### Appeal and Error — Time of Filing — Dismissal.

Where an appeal is not filed in this court within six months from date of order from which the appeal is taken, the court is without jurisdiction and the appeal will be dismissed.

Error from District Court, Osage County; Preston A. Shinn, Judge.

Action by William Easley against Midco Petroleum Company. Judgment for plaintiff, and defendant has appealed. Dismissed.

H. R. Duncan and L. F. Roberts, for plaintiff in error.

Leahy, Macdonald, Burnette & Files, for defendant in error.

PER CURIAM. Motion for a new trial was overruled on the 12th day of July, 1920, and appeal was filed in this court on the 1st day of March, 1921, more than six months from the date of the order from which the appeal is taken, and this court is without jurisdiction to hear said appeal, and the same is dismissed. LaMotte v. Smith, 87 Okla. —, 210 Pac. 1022.